FILED
10/2/2024 10:39 AM
IRIS Y. MARTINEZ
CIRCUIT CLERK
COOK COUNTY, IL
2024L005702
Calendar, X
29610142

FILED DATE: 10/2/2024 10:39 AM 2024L005702

**IN THE CIRCUIT COURT OF COOK COUNTY, ILLINOIS**
**COUNTY DEPARTMENT, LAW DIVISION**

| | | |
|---|---|---|
| LUCIA NOGUEDA IBAREZ,<br><br>Plaintiff,<br><br>vs.<br><br>CITY OF CHICAGO,<br>A Municipal Corporation,<br>SCHINDLER ELEVATOR CORPORATION,<br>an Illinois Corporation<br><br>Defendants. | ) | No. 2024 L 005702 |

**FIRST AMENDED COMPLAINT AT LAW**

NOW COMES the Plaintiff, LUCIA NOGUEDA IBAREZ, by and through his attorneys, LEVIN, RIBACK & ADELMAN, P.C., and complaining of the Defendants, CITY OF CHICAGO, a Municipal Corporation, and SCHINDLER ELEVATOR CORPORATION, an Illinois Corporation, alleges as follows:

**COUNT I**
**NEGLIGENCE/PREMISES LIABILITY**
**LUCIA NOGUEDA IBAREZ v. CITY OF CHICAGO, A MUNICIPAL CORPORATION**

1. On May 27, 2023, Plaintiff LUCIA NOGUEDA IBAREZ was a customer/business invitee at the Chicago O'Hare International Airport owned, operated, managed and controlled by Defendant CITY OF CHICAGO, a Municipal Corporation, located at 10000 W Balmoral Avenue, City of Chicago, County of Cook, and State of Illinois, commonly known as the "O'Hare International Airport".

2. On and/or before May 27, 2023, Defendant, CITY OF CHICAGO, a Municipal Corporation, owned, operated, maintained, and controlled said premises and were the owners,

FILED DATE: 10/2/2024 10:39 AM 2024L005702

operators, and managers of the airport located at 10000 W Balmoral Avenue, Chicago, Illinois, 60666, commonly known as "O'Hare Airport".

3. On and/or before May 27, 2023, Defendant, CITY OF CHICAGO, a Municipal Corporation owed a duty to Plaintiff and others on the premises, to use ordinary care in the ownership, operation, maintenance and control of the premises, including escalator #226 near the Airport Transit System (ATS).

4. On May 27, 2023, and for a time prior thereto, upon information and belief, there was an escalator, identified as escalator #226 near the ATS in Terminal 2 at O'Hare Airport.

5. On May 27, 2023, O'Hare Airport and escalator #226 near the ATS in Terminal 2 was owned, operated, maintained, and controlled by the Defendant, CITY OF CHICAGO, a Municipal Corporation. (See photographs of escalator #226, attached hereto as **Exhibit A** and medical records from the Chicago Fire Department attached hereto as **Exhibit B**). The Chicago Fire Department Ambulance medical records attached hereto state that the incident address was 2 W Terminal Street, Chicago, Illinois, 60666.

6. On May 27, 2023, and for a long time prior thereto, Defendant, CITY OF CHICAGO, a Municipal Corporation, through its agents, employees, and/or representatives maintained a presence in Terminal 2 in the area around escalator #226 near the ATS in Terminal 2.

7. On May 27, 2023, and for a long time prior thereto, Defendant, CITY OF CHICAGO, a Municipal Corporation, through its agents, employees, and/or representatives had a duty to look for, be aware of, to inspect and/or search for either known or reasonably discovered unsafe conditions such as a malfunctioning escalator #226 near the ATS in Terminal 2 through the normal course of business at O'Hare Airport.

FILED DATE: 10/2/2024 10:39 AM 2024L005702

8. On May 27, 2023, Plaintiff LUCIA NOGUEDA IBAREZ was lawfully on the premises as a business invitee/ customer of the O'Hare Airport and was in the exercise of due care and caution for her own safety when she was caused to slip and fall due to a malfunction in escalator #226 near the ATS in Terminal 2 that caused escalator #226 to jump, move, jerk, and/or move suddenly at approximately 10:00 pm, or within a one hour period of time before or after 10:00 p.m. on May 27, 2023.

9. That on May 27, 2023, and for a longtime prior thereto, Defendant, CITY OF CHICAGO, a Municipal Corporation, disregarded its duties on the premises and failed to safely maintain, repair, or remove escalator #226 near the ATS in Terminal 2 from service for maintenance, such that it posed a falling hazard to people utilizing the escalator, including the Plaintiff LUCIA NOGUEDA IBAREZ.

10. That on May 27, 2023, Defendant, CITY OF CHICAGO, a Municipal Corporation, by its agents and/or employees, was guilty of one or more of the following negligent acts or omissions which was a proximate cause of Plaintiff's injuries:

a) Carelessly and negligently failed to provide a safe and proper escalator #226 near the ATS in Terminal 2 to be walked and ridden upon by persons present in the O'Hare Airport, including Plaintiff;

b) Carelessly and negligently failed to properly maintain escalator #226 near the ATS in Terminal 2 in the O'Hare Airport when Defendant knew, or in the exercise of due care, should have known that a malfunction or defect within and/or on said escalator existed that posed a tripping and/or fall hazard to persons present in the O'Hare Airport and utilizing escalator #226;

c) Carelessly and negligently caused, permitted and/or allowed escalator #226 near the ATS in Terminal 2, to become and remain unsafe in that the escalator moved, jumped, jerked and/or moved in a manner that it was not supposed to, thus presenting a tripping and/or fall hazard to persons present in the O'Hare Airport utilizing escalator #226;

FILED DATE: 10/2/2024 10:39 AM 2024L005702

d) Carelessly and negligently failed to set up adequate warning signs, yellow warning tape, fluorescent warning cones, wooden horses, and/or other warning devices to alert persons present in the O'Hare Airport to the presence of the dangerous condition in and/or on escalator #226 near the ATS in Terminal 2 then and there existing, when the Defendant knew or in the exercise of ordinary care should have known that said warning was necessary to prevent injury to the Plaintiff and others lawfully present in said area that were utilizing escalator #226 to move through O'Hare Airport;

e) Carelessly and negligently failed to repair escalator #226 near the ATS in Terminal 2 in the O'Hare Airport prior to the occurrence when Defendant knew, or in the exercise of due care, should have known that a malfunction or defect within and/or on said escalator existed that posed a tripping and/or fall hazard to persons present in the O'Hare Airport and utilizing escalator #226 to move through O'Hare Airport and that such repairs were necessary to return the subject escalator to a safe, suitable and proper condition for those persons using the escalator to move through O'Hare Airport;

f) Carelessly and negligently failed to perform safe, proper and timely inspections of escalator #226 near the ATS in Terminal 2 in the O'Hare Airport when the Defendant knew, or in exercise of ordinary care should have known that safe, proper and timely inspections of the subject escalator were necessary to ensure that the subject escalator was operating properly and safely;

g) Carelessly and negligently failed to monitor and observe escalator #226 near the ATS in Terminal 2 in the O'Hare Airport when the Defendant knew, or in exercise of ordinary care should have known that monitoring and observing escalator #226 to ensure that it was operating safely and properly was necessary in order to protect the health, safety and well-being of those persons at O'Hare International Airport that would utilize the subject escalator to move through the airport;

h) Carelessly and negligently failed to notify the co-defendant of issues and problems that were present in the operation of escalator #226 prior to the time of the occurrence on May 27, 2023;

i) Carelessly and negligently failed to shut down escalator #226 and prevent its use prior to the time of the occurrence on May 27, 2023, when such a shut down was necessary to properly evaluate issues with the operation of the subject escalator.

11. On May 27, 2023, as a direct and proximate result of one or more of the foregoing acts of negligence, the Plaintiff LUCIA NOGUEDA IBAREZ fell on escalator #226 near the ATS in Terminal 2, present at Defendant CITY OF CHICAGO, a Municipal Corporation's premises,

FILED DATE: 10/2/2024 10:39 AM 2024L005702

when escalator #226 jerked, moved and then stopped suddenly, causing her to fall and suffer severe personal and pecuniary injuries that were and are painful and permanent.

WHEREFORE, Plaintiff, LUCIA NOGUEDA IBAREZ, demands judgment against the Defendant, CITY OF CHICAGO, a Municipal Corporation, in a sum in excess of $50,000.00 and costs of this suit.

**COUNT II**
**NEGLIGENCE/PREMISES LIABILITY**
**LUCIA NOGUEDA IBAREZ vs. SCHINDLER ELEVATOR CORPORATION, an Illinois Corporation**

1. On May 27, 2023, Plaintiff LUCIA NOGUEDA IBAREZ was a customer/business invitee at the Chicago O'Hare International Airport owned, operated, managed and controlled by Defendant SCHINDLER ELEVATOR CORPORATION, an Illinois Corporation, located at 10000 W Balmoral Avenue, City of Chicago, County of Cook, and State of Illinois, commonly known as the "O'Hare International Airport".

2. On and/or before May 27, 2023, Defendant, SCHINDLER ELEVATOR CORPORATION, an Illinois Corporation, operated, maintained, and controlled said premises and were the operators and managers of escalator #226 near the Airport Transit System (ATS) in Terminal 2 at the airport located at 10000 W Balmoral Avenue, Chicago, Illinois, 60666, commonly known as "O'Hare Airport".

3. On and/or before May 27, 2023, Defendant SCHINDLER ELEVATOR CORPORATION, an Illinois Corporation owed a duty to Plaintiff and others on the premises, to use ordinary care in the ownership, operation, maintenance and control of the premises, including escalator #226 near the ATS in Terminal 2.

4. On May 27, 2023, and for a time prior thereto, upon information and belief, escalator #226, near the ATS in Terminal 2 at O'Hare Airport, was operated, maintained, and

FILED DATE: 10/2/2024 10:39 AM 2024L005702

controlled by the Defendant SCHINDLER ELEVATOR CORPORATION, an Illinois Corporation. (See photographs of escalator #226, attached hereto as **Exhibit A** and medical records from the Chicago Fire Department attached hereto as **Exhibit B**). The Chicago Fire Department Ambulance medical records attached hereto state that the incident address was 2 W Terminal Street, Chicago, Illinois, 60666.

5. On May 27, 2023, and for a long time prior thereto, Defendant SCHINDLER ELEVATOR CORPORATION, an Illinois Corporation, through its agents, employees, and/or representatives had a duty to look for, be aware of, to inspect and/or search for either known or reasonably discovered unsafe conditions such as a malfunctioning escalator #226 near the ATS in Terminal 2 through the normal course of business at O'Hare Airport.

6. On May 27, 2023, Plaintiff LUCIA NOGUEDA IBAREZ was lawfully on the premises as a business invitee/ customer of the O'Hare Airport and was in the exercise of due care and caution for her own safety when she was caused to slip and fall due to a malfunction in escalator #226 near the ATS in Terminal 2 that caused escalator #226 to jump, move, jerk, and/or move at approximately 10:00 pm, or within a one hour period of time before or after 10:00 p.m. on May 27, 2023.

7. That on May 27, 2023, and for a longtime prior thereto, Defendant SCHINDLER ELEVATOR CORPORATION, an Illinois Corporation, disregarded its duties on the premises and failed to safely maintain, repair, or remove escalator #226 near the ATS in Terminal 2 from service for maintenance, such that it posed a falling hazard to people present, including the Plaintiff LUCIA NOGUEDA IBAREZ.

8. That on May 27, 2023, Defendant SCHINDLER ELEVATOR CORPORATION, an Illinois Corporation, by its agents and/or employees, was guilty of one or more of the following

FILED DATE: 10/2/2024 10:39 AM 2024L005702

negligent acts or omissions which was a proximate cause of Plaintiff's injuries:

a) Carelessly and negligently failed to provide a safe and proper escalator #226 near the ATS in Terminal 2 to be walked and ridden upon by persons present in the O'Hare Airport, including Plaintiff;

b) Carelessly and negligently failed to properly maintain escalator #226 near the ATS in Terminal 2 in the O'Hare Airport when Defendant knew, or in the exercise of due care, should have known that a malfunction or defect within and/or on said escalator existed that posed a tripping and/or fall hazard to persons present in the O'Hare Airport and utilizing escalator #226;

c) Carelessly and negligently caused, permitted and/or allowed escalator #226 near the ATS in Terminal 2, to become and remain unsafe in that the escalator moved, jumped, jerked and/or moved in a manner that it was not supposed to, thus presenting a tripping and/or fall hazard to persons present in the O'Hare Airport utilizing escalator #226;

d) Carelessly and negligently failed to set up adequate warning signs, yellow warning tape, fluorescent warning cones, wooden horses, and/or other warning devices to alert persons present in the O'Hare Airport to the presence of the dangerous condition in and/or on escalator #226 near the ATS in Terminal 2 then and there existing, when the Defendant knew or in the exercise of ordinary care should have known that said warning was necessary to prevent injury to the Plaintiff and others lawfully present in said area that were utilizing escalator #226 to move through O'Hare Airport;

e) Carelessly and negligently failed to repair escalator #226 near the ATS in Terminal 2 in the O'Hare Airport prior to the occurrence, when Defendant knew, or in the exercise of due care, should have known that a malfunction or defect within and/or on said escalator existed that posed a tripping and/or fall hazard to persons present in the O'Hare Airport and utilizing escalator #226 to move through O'Hare Airport and that such repairs were necessary to return the subject escalator to a safe, suitable and proper condition for those persons using the escalator to move through O'Hare Airport;

f) Carelessly and negligently failed to perform safe, proper and timely inspections of escalator #226 near the ATS in Terminal 2 in the O'Hare Airport when the Defendant knew, or in exercise of ordinary care should have known that safe, proper and timely inspections of the subject escalator were necessary to ensure that the subject escalator was operating properly and safely;

g) Carelessly and negligently failed to monitor and observe escalator #226 near the ATS in Terminal 2 in the O'Hare Airport when the Defendant knew, or in exercise of ordinary care should have known that monitoring and observing escalator #226 to ensure that it was operating safely and properly was necessary in order to protect

FILED DATE: 10/2/2024 10:39 AM 2024L005702

the health, safety and well-being of those persons at O'Hare International Airport that would utilize the subject escalator to move through the airport;

h) Carelessly and negligently failed to notify the co-defendant of issues and problems that were present in the operation of escalator #226 prior to the time of the occurrence on May 27, 2023;

i) Carelessly and negligently failed to shut down escalator #226 and prevent its use prior to the time of the occurrence on May 27, 2023, when such a shut-down was necessary to properly evaluate issues with the operation of the subject escalator.

9. On May 27, 2023, as a direct and proximate result of one or more of the foregoing acts of negligence, the Plaintiff LUCIA NOGUEDA IBAREZ fell on escalator #226 near the ATS in Terminal 2 at O'Hare International Airport when escalator #226 jerked, moved and then stopped suddenly, causing her to fall and suffer severe personal and pecuniary injuries that were and are painful and permanent.

WHEREFORE, Plaintiff, LUCIA NOGUEDA IBAREZ, demands judgment against the Defendant, SCHINDLER ELEVATOR CORPORATION, an Illinois Corporation, in a sum in excess of $50,000.00 and costs of this suit.

Respectfully Submitted,

LEVIN, RIBACK & ADELMAN, P.C.

By: */s/ Adam Riback, Esq.*
One of Plaintiff's Attorneys

Atty I.D. No. 65779
**LEVIN, RIBACK & ADELMAN, P.C.**
10 N. Dearborn St.; 11th Floor
Chicago, IL 60602
Phone: (312) 782-6717
Fax: (312) 782-5127
ariback@lralegal.com
jswartout@lralegal.com

FILED DATE: 10/2/2024 10:39 AM 2024L005702

**SUPREME COURT RULE 222 AFFIDAVIT**

Adam B. Riback, attorney for Plaintiff, duly sworn under oath, states as follows:

Based upon information and belief as of the date of the signing of this Complaint, the total money damages sought are in excess of the jurisdictional amount of $50,000.00.

*/s/Adam Riback*

Adam B. Riback
Attorney for
Plaintiff
LEVIN, RIBACK, & ADELMAN , P.C.
10 N. Dearborn, 11th
Floor Chicago, IL 60602

Dated: October 2, 2024